IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA               PLAINTIFF/RESPONDENT

v.       Case No. 04-CV-4151
         Criminal No. 4:99CR40005-005

ROBERT TODD REEP                              DEFENDANT/MOVANT

### STATEMENT OF REASONS FOR DENIAL OF
### CERTIFICATE OF APPEALABILITY

On November 9, 2004, Robert Todd Reep filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. (Doc. 40.) After completing a court-ordered questionnaires/addenda (Docs. 44-48), this court adopted Magistrate Judge Bobby E. Shepherd's report and recommendation (Doc. 52) to dismiss Reep's section 2255 petition on the basis that the motion was barred by the one-year limitation provision of section 2255, and that the motion should be dismissed on the merits. (Doc. 54.) This adoption was made after considering Reep's objections (Doc. 53).

On September 6, 2005, Reep filed a notice of appeal (Doc. 55), which this court construes as a motion for a certificate of appealability (Docket Entry 9/6/2005). Because the decisions of the Supreme Court and the Eighth Circuit Court of Appeals preclude the conclusion that Reep has been denied a federal right, his request for a certificate of appealability will be denied.

Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only if "the applicant has made a substantial showing of the denial of a constitutional right." *Id.* A "substantial showing" is one demonstrating that reasonable jurists could debate whether the petition should have been resolved in a different manner or the issues presented deserved further

proceedings even though the petitioner did not prevail on the merits in the court considering his case at present. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

The court simply does not believe that the issues raised by the petitioner are issues debatable among jurists nor that another court could resolve the issues differently. Accordingly, the court concludes that petitioner's request for certificate of appealability (Doc. 55) should be and hereby is denied. An order to this effect will be concurrently entered.

This 7th day of September 2005.

**/s/ Harry F. Barnes**
_____
HON. HARRY F. BARNES
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)